# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WILLIAM FRANK HALL, | : | CIVIL ACTION |
| Plaintiff | : | |
| | : | |
| v. | : | NO. 09-2446 |
| | : | |
| MICHAEL J. ASTRUE, | : | |
| Commissioner of Social Security | : | |
| Defendant | : | |

## O R D E R

**AND NOW**, this 20th day of September, 2010, upon careful consideration of the thorough and well-reasoned Report and Recommendation of United States Magistrate Judge Lynne A. Sitarski, and upon independent review of the record, there being no objections filed, it is hereby ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED;

2. The plaintiff's Request for Review is GRANTED;

3. The decision of the Commissioner of Social Security is REVERSED, to the extent that the matter is REMANDED to the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings consistent with the Report and Recommendation.

4. JUDGMENT IS ENTERED in favor of the plaintiff, reversing the decision of the Commissioner for the purpose of this remand only.

BY THE COURT:

/s/ Lawrence F. Stengel
LAWRENCE F. STENGEL, J.